| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Suko, Lonny R. | 2. Court or Organization U.S. District Court, EDWA | 3. Date of Report 05/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 2706
Yakima, WA 98907-2706

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Law Council Member (non-compensated) | University of Idaho College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self employed as part-time guardian ad litem and expert witness. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (Accounts) | A | Int./Div. | L | T | | | | | |
| 2. Chase Strategic Portfolio ( * see page 22) | C | Int./Div. | M | T | | | | | |
| 3. US Bank (Account) | A | Interest | L | T | | | | | |
| 4. American Express Bond Fund | A | Interest | K | T | | | | | |
| 5. Real property in Yakima, WA held with others | E | Rent | M | W | | | | | |
| 6. Northwestern Mutual Life Insurance Company | C | Int./Div. | K | T | | | | | |
| 7. Wells Fargo Advisors (Accounts); formerly Wachovia | A | Int./Div. | L | T | | | | | |
| 8. Hapo Community Credit Union (Accounts) | B | Interest | M | T | | | | | |
| 9. Management Acct. #1 | | | | | | | | | |
| 10. -ISHARES BARCLAYS TIPS BD FD TIP | | | | | Buy | 01/02/13 | J | | |
| 11. | | | | | Buy | 04/04/13 | J | | |
| 12. | B | Int./Div. | | | Sold | 06/20/13 | L | B | |
| 13. -ISHARES BARCLAYS CSJ | | | | | Sold (part) | 01/02/13 | K | A | |
| 14. | | | | | Buy | 01/17/13 | J | | |
| 15. | | | | | Buy | 04/04/13 | J | | |
| 16. | B | Int./Div. | L | T | Buy | 06/20/13 | K | | |
| 17. -ISHARES BARCLAYS ETF SHY | | None | | | Sold | 01/02/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PWERSHRS DB BASE ETF UUP | | None | | | Sold | 01/02/13 | K | | |
| 19. -VANGUARD TOTAL BOND ETF BND | | | | | Buy | 01/02/13 | K | | |
| 20. | | | | | Sold (part) | 01/31/13 | K | | |
| 21. | | | | | Buy | 04/04/13 | J | | |
| 22. | | | | | Sold (part) | 07/11/13 | K | | |
| 23. | | None | | | Sold | 07/18/13 | K | | |
| 24. -WISDOMTREE L/C DVD FD DLN | | | | | Sold (part) | 01/02/13 | K | C | |
| 25. | | | | | Buy | 01/03/13 | J | | |
| 26. | | | | | Buy | 01/17/13 | J | | |
| 27. | | | | | Sold (part) | 03/22/13 | J | A | |
| 28. | | | | | Sold (part) | 04/04/13 | J | A | |
| 29. | B | Int./Div. | | | Sold | 06/27/13 | K | C | |
| 30. -ISHARES IBOXX INV ETF LQD (X) (ISHARES INV GR BOND ETF LQD) | | | | | Buy | 01/02/13 | K | | |
| 31. | | | | | Sold (part) | 01/31/13 | K | B | |
| 32. | | | | | Buy | 04/04/13 | J | | |
| 33. | B | Int./Div. | | | Sold | 06/20/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -ISHARES BARCLAYS ET INTERMEDIATE CREDIT BOND FUND CIU | | | | | Sold (part) | 01/02/13 | K | | |
| 35. | | | | | Buy | 04/04/13 | J | | |
| 36. | | None | K | T | Buy | 05/09/13 | K | | |
| 37. -SPROTT PHYSICAL GOLD ET TRUST PHYS | | None | | | Sold | 01/02/13 | K | A | |
| 38. -UNITED STATES OIL FD ET LP USO | | None | | | Sold | 01/02/13 | K | B | |
| 39. -ALERIAN MLP ETF AMLP | | | | | Buy | 01/02/13 | K | | |
| 40. | | | | | Sold (part) | 03/22/13 | J | A | |
| 41. | | | | | Sold (part) | 04/04/13 | J | A | |
| 42. | B | Int./Div. | K | T | Buy | 04/18/13 | J | | |
| 43. -ISHARES CORE S&P MIDCAP IJH | | | | | Buy | 01/02/13 | K | | |
| 44. | | | | | Buy | 01/03/13 | J | | |
| 45. | B | Int./Div. | K | T | Sold (part) | 04/04/13 | J | A | |
| 46. -ISHARES CORE S&P 500 ETF IVV | | | | | Buy | 01/02/13 | K | | |
| 47. | | | | | Buy | 01/03/13 | J | | |
| 48. | | | | | Sold (part) | 03/22/13 | K | B | |
| 49. | | | | | Sold (part) | 04/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | Sold (part) | 04/18/13 | K | B | |
| 51. | | | | | Buy | 06/27/13 | L | | |
| 52. | | | | | Buy | 07/11/13 | K | | |
| 53. | B | Int./Div. | L | T | Buy | 08/01/13 | J | | |
| 54. -ISHARES CORE S&P ETF IJR | | | | | Buy | 01/02/13 | K | | |
| 55. | | | | | Buy | 01/03/13 | J | | |
| 56. | A | Int./Div. | K | T | Sold (part) | 04/04/13 | J | A | |
| 57. -PIMCO ETF TRUST ETF MINT | | | | | Buy | 06/20/13 | L | | |
| 58. | | None | L | T | Sold (part) | 08/01/13 | K | | |
| 59. -POWERSHARES S&P 500 ETF SPLV | | | | | Buy | 03/22/13 | K | | |
| 60. | | | | | Sold (part) | 04/04/13 | J | A | |
| 61. | | | | | Buy | 06/27/13 | J | | |
| 62. | | None | L | T | Buy | 08/01/13 | J | | |
| 63. -POWERSHARES SENIOR ETF BKLN | | None | K | T | Buy | 08/12/13 | K | | |
| 64. -SPDR BARCLAYS ETF SJNK | | | | | Buy | 06/06/13 | K | | |
| 65. | | None | L | T | Buy | 07/18/13 | K | | |
| 66. -VANGUARD REIT ETF VNQ | | None | K | T | Buy | 04/18/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67.   -ISHARES GOLD TRUST ETF IAU | | | | | Buy | 01/02/13 | K | | |
| 68. | | | | | Buy | 03/22/13 | J | | |
| 69. | | | | | Buy | 04/04/13 | J | | |
| 70. | | | | | Sold (part) | 04/18/13 | J | | |
| 71. | | None | | | Sold | 06/20/13 | K | | |
| 72.   -ISHARES IBOXX $ YLD ETF HYG | | | | | Buy | 01/02/13 | K | | |
| 73. | | | | | Buy | 01/17/13 | J | | |
| 74. | | | | | Buy | 04/04/13 | J | | |
| 75. | | None | | | Sold | 06/06/13 | K | | |
| 76.   -ISHS U.S. PREFRD STK ETF PFF | | | | | Buy | 01/02/13 | K | | |
| 77. | | | | | Buy | 01/31/13 | K | | |
| 78. | | | | | Buy | 04/04/13 | J | | |
| 79. | A | Int./Div. | | | Sold | 08/12/13 | K | | |
| 80.   -VANGUARD FTSE ALL WR ETE VEU | | | | | Buy | 01/02/13 | J | | |
| 81. | | | | | Buy | 01/03/13 | J | | |
| 82. | A | Int./Div. | | | Sold | 04/04/13 | K | | |
| 83.   IRA #1 | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. -ISHARES BARCLAYS TIPSET BD FD TIP | | | | | Buy | 01/02/13 | J | | |
| 85. | | | | | Buy | 04/04/13 | J | | |
| 86. | D | Int./Div. | | | Sold | 06/20/13 | M | B | |
| 87. -ISHARES BARCLAYS ETF SHY | | None | | | Sold | 01/02/13 | L | A | |
| 88. -ISHARES BARCLAYS CSJ | | | | | Sold (part) | 01/02/13 | L | A | |
| 89. | | | | | Buy | 01/17/13 | J | | |
| 90. | | | | | Buy | 04/04/13 | J | | |
| 91. | | | | | Buy | 06/20/13 | L | | |
| 92. | B | Int./Div. | M | T | Sold (part) | 08/28/13 | L | A | |
| 93. -ISHARES INV GR BOND ETF LQD | | | | | Buy | 01/02/13 | K | | |
| 94. | | | | | Sold (part) | 01/31/13 | K | C | |
| 95. | | | | | Buy | 04/04/13 | J | | |
| 96. | D | Int./Div. | | | Sold | 06/20/13 | M | | |
| 97. -ISHARES IBOXX INV ETF GRADE CORP BOND FUND LQD (X) | | | | | | | | | |
| 98. -VANGUARD TOTAL BOND ETF BND | | | | | Buy | 01/02/13 | L | | |
| 99. | | | | | Sold (part) | 01/31/13 | K | | |
| 100. | | | | | Buy | 04/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Sold (part) | 07/11/13 | K | | |
| 102. | | None | | | Sold | 07/18/13 | K | | |
| 103. -WISDOMTREE L/C DVD FD DLN | | | | | Sold (part) | 01/02/13 | L | D | |
| 104. | | | | | Buy | 01/03/13 | J | | |
| 105. | | | | | Buy | 01/17/13 | K | | |
| 106. | | | | | Sold (part) | 03/22/13 | K | B | |
| 107. | | | | | Sold (part) | 04/04/13 | J | A | |
| 108. | B | Int./Div. | | | Sold | 06/27/13 | L | C | |
| 109. -POWERSHARES DB BASE ETF UUP | | | | | Sold (part) | 01/02/13 | K | | |
| 110. | | | | | Buy | 08/28/13 | L | | |
| 111. | | | | | Sold (part) | 09/18/13 | J | | |
| 112. | | None | | | Sold | 11/13/13 | L | | |
| 113. -ISHARES BARCLAYS ET INTERMEDIATE CREDIT BOND FUND CIU | | | | | Sold (part) | 01/02/13 | L | | |
| 114. | | | | | Buy | 01/31/13 | L | | |
| 115. | | | | | Buy | 04/04/13 | J | | |
| 116. | | | | | Buy | 05/09/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. | | None | | | Sold | 08/28/13 | M | | |
| 118. -SPROTT PHYSICAL GOLD ET TRUST PHYS | | None | | | Sold | 01/02/13 | L | B | |
| 119. -UNITED STATES OIL FD ET LP USO | | None | | | Sold | 01/02/13 | K | B | |
| 120. -ALERIAN MLP ETF AMLP | | | | | Buy | 01/02/13 | K | | |
| 121. | | | | | Sold (part) | 03/22/13 | K | B | |
| 122. | | | | | Sold (part) | 04/04/13 | J | A | |
| 123. | | | | | Buy | 04/18/13 | J | | |
| 124. | C | Int./Div. | L | T | Buy | 08/28/13 | J | | |
| 125. -ISHARES GOLD TRUST ETF IAU | | | | | Buy | 01/02/13 | K | | |
| 126. | | | | | Buy | 03/22/13 | K | | |
| 127. | | | | | Buy | 04/04/13 | J | | |
| 128. | | | | | Sold (part) | 04/18/13 | J | | |
| 129. | | None | | | Sold | 06/20/13 | K | | |
| 130. -ISHARES IBOXX S YLD ETF HYG | | | | | Buy | 01/02/13 | K | | |
| 131. | | | | | Buy | 01/17/13 | J | | |
| 132. | | | | | Buy | 04/04/13 | J | | |
| 133. | | None | | | Sold | 06/06/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134.  -ISHARES CORE S&P MID ETF IJH | | | | | Buy | 01/02/13 | K | | |
| 135. | | | | | Buy | 01/03/13 | J | | |
| 136. | | | | | Sold (part) | 04/04/13 | J | B | |
| 137. | | | | | Sold (part) | 08/28/13 | J | A | |
| 138. | C | Int./Div. | L | T | Sold (part) | 09/06/13 | J | B | |
| 139.  -ISHARES CORE S&P 500 ETF IVV | | | | | Buy | 01/02/13 | L | | |
| 140. | | | | | Buy | 01/03/13 | J | | |
| 141. | | | | | Sold (part) | 03/22/13 | K | C | |
| 142. | | | | | Sold (part) | 04/04/13 | K | B | |
| 143. | | | | | Sold (part) | 04/18/13 | K | C | |
| 144. | | | | | Buy | 06/27/13 | L | | |
| 145. | | | | | Buy | 07/11/13 | K | | |
| 146. | | | | | Buy | 08/01/13 | J | | |
| 147. | C | Int./Div. | | | Sold | 08/28/13 | M | A | |
| 148.  -ISHARES CORE S&P SML ETF IJR | | | | | Buy | 01/02/13 | K | | |
| 149. | | | | | Buy | 01/03/13 | J | | |
| 150. | | | | | Sold (part) | 04/04/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. | | | | | Sold (part) | 08/28/13 | J | A | |
| 152. | B | Int./Div. | L | T | Sold (part) | 09/06/13 | J | B | |
| 153.   -ISHS U.S. PREFRD STK ETF PFF | | | | | Buy | 01/02/13 | K | | |
| 154. | | | | | Buy | 01/31/13 | K | | |
| 155. | | | | | Buy | 04/04/13 | J | | |
| 156. | | None | | | Sold | 08/12/13 | L | | |
| 157.   -PIMCO ETF TRUST ETF MINT | | | | | Buy | 06/20/13 | L | | |
| 158. | | | | | Sold (part) | 08/01/13 | K | | |
| 159. | | None | K | T | Sold (part) | 08/28/13 | L | | |
| 160.   -POWERSHARES S&P 500 SPLV | | | | | Buy | 03/22/13 | L | | |
| 161. | | | | | Sold (part) | 04/04/13 | J | A | |
| 162. | | | | | Buy | 06/27/13 | K | | |
| 163. | | | | | Buy | 08/01/13 | K | | |
| 164. | | | | | Buy | 08/28/13 | J | | |
| 165. | | None | | | Sold | 09/30/13 | M | A | |
| 166.   -POWERSHARES SENR LN ETF BKLN | | | | | Buy | 08/12/13 | L | | |
| 167. | | None | | | Sold | 08/28/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168.  -PROSHARES SHORT S&P 500 SH | | | | | Buy | 08/28/13 | L | | |
| 169. | | | | | Buy | 09/03/13 | L | | |
| 170. | | | | | Buy | 09/06/13 | K | | |
| 171. | | | | | Sold (part) | 09/18/13 | K | | |
| 172. | | | | | Buy | 09/30/13 | M | | |
| 173. | | None | M | T | Sold (part) | 10/24/13 | M | | |
| 174.  -SPDR S&P 500 TRUST ETF SPY | | | | | Buy | 08/28/13 | L | | |
| 175. | | None | L | T | Sold (part) | 09/03/13 | L | | |
| 176.  -SPDR BARCLAYS ETF SJNK | | | | | Buy | 06/06/13 | L | | |
| 177. | | | | | Buy | 07/18/13 | K | | |
| 178. | | None | M | T | Buy | 08/28/13 | J | | |
| 179.  -SPDR DOW JONES INDL ETF DIA | | None | L | T | Buy | 09/18/13 | L | | |
| 180.  -SPDR GOLD TRUST ETF GLD | | None | K | T | Buy | 08/28/13 | K | | |
| 181.  -PROSHARES TRUST ETF TBF | | None | K | T | Buy | 08/28/13 | K | | |
| 182.  -VANGUARD REIT ETF VNQ | | | | | Buy | 04/18/13 | K | | |
| 183. | | None | K | T | Buy | 08/28/13 | J | | |
| 184.  -VANGUARD INTL EQTY ETF VEU | | | | | Buy | 01/02/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | | | | | Buy | 01/03/13 | J | | |
| 186. | | | | | Sold (part) | 04/04/13 | K | | |
| 187. | A | Int./Div. | K | T | Buy | 08/28/13 | L | | |
| 188. IRA #2 | A | Int./Div. | L | T | | | | | |
| 189. -ISHARES BARCLAYS TIPSET BD FD TIP | | | | | Buy | 01/02/13 | J | | |
| 190. | | | | | Buy | 04/04/13 | J | | |
| 191. | A | Int./Div. | | | Sold | 06/20/13 | J | | |
| 192. -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND CSJ | None | | | | Sold | 01/02/13 | J | A | |
| 193. -ISHARES BARCLAYS CSJ | | | | | Buy | 01/17/13 | J | | |
| 194. | | | | | Buy | 04/04/13 | J | | |
| 195. | | | | | Buy | 06/20/13 | J | | |
| 196. | A | Int./Div. | J | T | Sold (part) | 08/28/13 | J | A | |
| 197. -ISHARES INV GR BOND ETF LQD | | | | | Sold (part) | 01/02/13 | J | A | |
| 198. | | | | | Sold (part) | 01/31/13 | J | A | |
| 199. | A | Int./Div. | | | Sold | 06/20/13 | J | A | |
| 200. -ISHARES BARCLAYS ETF SHY | None | | | | Sold | 01/02/13 | J | A | |
| 201. -ISHARES IBOXX INV ET GRADE CORP BOND FUND LQD (X) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202.  -WISDOMTREE L/C DVD FD DLN | | | | | Sold (part) | 01/02/13 | J | A | |
| 203. | | | | | Buy | 01/03/13 | J | | |
| 204. | | | | | Buy | 01/17/13 | J | | |
| 205. | | | | | Sold (part) | 03/22/13 | J | A | |
| 206. | | | | | Sold (part) | 04/04/13 | J | A | |
| 207. | A | Int./Div. | | | Sold | 06/27/13 | J | A | |
| 208.  -POWERSHARES DB BASE ET UUP | | | | | Sold (part) | 01/02/13 | J | | |
| 209. | | | | | Buy | 08/28/13 | J | | |
| 210. | | | | | Sold (part) | 09/18/13 | J | | |
| 211. | | None | | | Sold | 11/13/13 | J | | |
| 212.  -ISHARES BARCLAYS ET INTERMEDIATE CREDIT BOND FUND CIU | | | | | Sold (part) | 01/02/13 | J | | |
| 213. | | | | | Buy | 01/31/13 | J | | |
| 214. | | | | | Buy | 05/09/13 | J | | |
| 215. | | None | | | Sold | 08/28/13 | J | | |
| 216.  -SPROTT PHYSICAL GOLD ET TRUST PHYS | | None | | | Sold | 01/02/13 | J | A | |
| 217.  -UNITED STATES OIL FD ET LP USO | | None | | | Sold | 01/02/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 218.  -VANGUARD TOTAL BOND ET MARKET BND | | | | | Buy | 01/02/13 | J | | |
| 219. | | | | | Sold (part) | 01/31/13 | J | | |
| 220. | | | | | Buy | 04/04/13 | J | | |
| 221. | | | | | Sold (part) | 07/11/13 | J | | |
| 222. | | None | | | Sold | 07/18/13 | J | | |
| 223.  -ALERIAN MLP ETF AMLP | | | | | Buy | 01/02/13 | J | | |
| 224. | | | | | Sold (part) | 03/22/13 | J | A | |
| 225. | | | | | Sold (part) | 04/04/13 | J | A | |
| 226. | | | | | Buy | 04/18/13 | J | | |
| 227. | A | Int./Div. | J | T | Buy | 08/28/13 | J | | |
| 228.  -ISHARES GOLD TRUST ETF IAU | | | | | Buy | 01/02/13 | J | | |
| 229. | | | | | Buy | 03/22/13 | J | | |
| 230. | | | | | Buy | 04/04/13 | J | | |
| 231. | | | | | Sold (part) | 04/18/13 | J | | |
| 232. | | None | | | Sold | 06/20/13 | J | | |
| 233.  -ISHARES IBOXX $ YLD ETF HYG | | | | | Buy | 01/02/13 | J | | |
| 234. | | | | | Buy | 01/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | Buy | 04/04/13 | J | | |
| 236. | | None | | | Sold | 06/06/13 | J | | |
| 237.  -ISHARES CORE S&P MED ETF IJH | | | | | Buy | 01/02/13 | J | | |
| 238. | | | | | Buy | 01/03/13 | J | | |
| 239. | | | | | Sold (part) | 04/04/13 | J | A | |
| 240. | | | | | Sold (part) | 08/28/13 | J | A | |
| 241. | A | Int./Div. | J | T | Sold (part) | 09/06/13 | J | A | |
| 242.  -ISHARES CORE S&P ETF IVV | | | | | Buy | 01/02/13 | J | | |
| 243. | | | | | Buy | 01/03/13 | J | | |
| 244. | | | | | Sold (part) | 03/22/13 | J | A | |
| 245. | | | | | Sold (part) | 04/04/13 | J | A | |
| 246.  - | | | | | Sold (part) | 04/18/13 | J | A | |
| 247. | | | | | Buy | 06/27/13 | J | | |
| 248. | | | | | Buy | 07/11/13 | J | | |
| 249. | | | | | Buy | 08/01/13 | J | | |
| 250. | A | Int./Div. | | | Sold | 08/28/13 | J | A | |
| 251.  -ISHARES CORE S&P SML ETF IJR | | | | | Buy | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. | | | | | Buy | 01/03/13 | J | | |
| 253. | | | | | Sold (part) | 04/04/13 | J | A | |
| 254. | | | | | Sold (part) | 08/28/13 | J | A | |
| 255. | A | Int./Div. | J | T | Sold (part) | 09/06/13 | J | A | |
| 256. -ISHS U.S. PREFRD STK ETF PFF | | | | | Buy | 01/02/13 | J | | |
| 257. | | | | | Buy | 01/31/13 | J | | |
| 258. | | | | | Buy | 04/04/13 | J | | |
| 259. | A | Int./Div. | | | Sold | 08/12/13 | J | | |
| 260. -PIMCO ETF TRUST ETF MINT | | | | | Buy | 06/20/13 | J | | |
| 261. | | | | | Sold (part) | 08/01/13 | J | | |
| 262. | | None | J | T | Sold (part) | 08/28/13 | J | | |
| 263. -POWERSHARES S&P 500 ETF SPLV | | | | | Buy | 03/22/13 | J | | |
| 264. | | | | | Sold (part) | 04/04/13 | J | A | |
| 265. | | | | | Buy | 06/27/13 | J | | |
| 266. | | | | | Buy | 08/01/13 | J | | |
| 267. | | | | | Buy | 08/28/13 | J | | |
| 268. | | None | | | Sold | 09/30/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 269. -POWWERSHARES SENR LN ETF BKLN | | | | | Buy | 08/12/13 | J | | |
| 270. | | None | | | Sold | 08/28/13 | J | | |
| 271. -PROSHARES SHORT S&P ETF SH | | | | | Buy | 08/28/13 | J | | |
| 272. | | | | | Buy | 09/03/13 | J | | |
| 273. | | | | | Buy | 09/06/13 | J | | |
| 274. | | | | | Sold (part) | 09/18/13 | J | | |
| 275. | | | | | Buy | 09/30/13 | J | | |
| 276. | | None | J | T | Sold (part) | 10/24/13 | J | | |
| 277. -SPDR S&P 500 TRUST ETF SPY | | | | | Buy | 08/28/13 | J | | |
| 278. | | None | J | T | Sold (part) | 09/03/13 | J | | |
| 279. -VANGUARD FTSE ALL WR ETF VEU | | | | | Buy | 01/02/13 | J | | |
| 280. | | | | | Buy | 01/03/13 | J | | |
| 281. | | | | | Sold (part) | 04/04/13 | J | | |
| 282. | A | Int./Div. | J | T | Buy | 08/28/13 | J | | |
| 283. -SPDR BARCLAYS ETF SJNK | | | | | Buy | 06/06/13 | J | | |
| 284. | | | | | Buy | 07/18/13 | J | | |
| 285. | | None | J | T | Buy | 08/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 286.  -SPDR DOW JONES INDL ETF DIA | | None | J | T | Buy | 09/18/13 | J | | |
| 287.  -SPDR GOLD TRUST ETF GLD | | | | | Buy | 08/28/13 | J | | |
| 288. | | None | J | T | Buy | 09/18/13 | J | | |
| 289.  -PROSHARES TRUST ETF TBF | | None | J | T | Buy | 08/28/13 | J | | |
| 290.  -VANGUARD REIT ETF VNQ | | | | | Buy | 04/18/13 | J | | |
| 291. | | None | J | T | Buy | 08/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4, line 2: Widely held investment fund, all purchase/sale decisions involving holdings are made exclusively by Chase with no such authority being held by shareholder of account.

Page 5, line 30; Page 9, line 97; page 16, line 205: "ISHARES IBOXX INV ETF LQD" is an incorrect reference to "ISHARES INV GR BOND ETF LQD" which was listed in the 2012 report, not a separate stock. The correction is noted herewith.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lonny R. Suko**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544